UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 05-06977 RSWL (Ex) | Date | April 17, 2015 |
|---|---|---|---|
| Title | Amy Prien v. Grover Trask, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Joseph Remigio | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On April 26, 2006, this Court issued an Order staying this Action until the conclusion of the criminal prosecution of Plaintiff Amy Prien, including all direct appeals.  On November 7, 2006, Plaintiff filed a Request to Lift Stay [42]  which was denied as premature on November 27, 2006 [44].  On February 17, 2015, this Court issued an order instructing the parties to file a Status Report [46].  On March 9, 2015, Defendants filed a response [47] which included a request to dismiss this action for Plaintiff's failure to abide with this Court's order.  To date, Plaintiff has not responded to the Court's Order of February 17, 2015.

Accordingly, IT IS ORDERED that Plaintiff's counsel show cause in writing not later than **April 24, 2015**, why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of the proper response.  The Court will consider as a satisfactory response the filing of the following, on or before the date shown above.

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THIS ACTION.

\_\_\_\_:\_\_\_\_

Initials of Deputy Clerk     JRE