**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY PRIEN, | No. CV 05-06977-RSWL(Ex) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SHOW CAUSE** |
| v. | |
| GROVER TRASK, RANDALL TAGAMI, RON E. COFFEE, KEVIN RUDDY, MICHELE DONNA LEVINE, ALLISON NELSON, LARRY SMITH, BOB DOYLE, JOSEPH I. COHEN, CHARLES WILHITE, JOHN WYATT, BRYAN APPELHOF, WYLAND PEAK, BILL DAVIES, LEE COFFEY, and ten unknown named persons, | |
| Defendants. | |

Before the Court is Plaintiff's Response [49] to the Court's Order to Show Cause re Dismissal for Lack of Prosecution [48]. Plaintiff's Response [49] requests that the Court "extend the return date of the Order to Show Cause for 100 days, until July 31, 2015

1

1  to give counsel sufficient time within which to try to
2  locate plaintiff in order to ascertain her wishes with
3  respect to this action."  Pl.'s Response 1:26-2:2.
4       The Court, in its discretion, now **GRANTS**
5  Plaintiff's request for an extension of time to respond
6  to the Court's Order to Show Cause [48] and **HEREBY**
7  **ORDERS** Plaintiff to show cause in writing on or before
8  **June 1, 2015**, as to why this Action should not be
9  dismissed for failure to prosecute.
10      Plaintiff is admonished and warned, for the final
11 time, that failure to sufficiently respond by June 1,
12 2015, will result in this Action's dismissal with
13 prejudice.  See Eldridge v. Block, 832 F.2d 1132, 1136
14 (1987) ("Pursuant to Federal Rule of Civil Procedure
15 41(b), the district court may dismiss an action for
16 failure to comply with any order of the court."); Fed.
17 R. Civ. P. 41(b).
18
19 **IT IS SO ORDERED.**
20
21 DATED: April 23, 2015        RONALD S.W. LEW
                                _____
22                              **HONORABLE RONALD S.W. LEW**
                                Senior U.S. District Judge